| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Southern District of New York |
| Case number *(If known)*: 17-_____ Chapter 15 |

☐ Check if this is an amended filing

# Official Form 401
## Chapter 15 Petition for Recognition of a Foreign Proceeding     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name**    SMP Ltd.

**2. Debtor's unique identifier**

For non-individual debtors:
- ☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __
- ☑ Other 610-86-06917. Describe identifier Korean Taxpayer ID No.

For individual debtors:
- ☐ Social Security number: xxx – xx– ____ ____ ____ ____
- ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ____ ____ ____ ____
- ☐ Other _____. Describe identifier _____.

**3. Name of foreign representative(s)**    Heein Lee

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**    2016HoeHap507 Rehabilitation

**5. Nature of the foreign proceeding**

Check one:
- ☐ Foreign main proceeding
- ☐ Foreign nonmain proceeding
- ☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

- ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.
- ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.
- ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
_____
_____

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

- ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
- ☑ Yes

Debtor    **SMP Ltd.**
_____Name_____                                    Case number (*if known*) 17-_____

| 8. | **Others entitled to notice** | Attach a list containing the names and addresses of: |
|---|---|---|
| | | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

| 9. | **Addresses** | **Country where the debtor has the center of its main interests:** | **Debtor's registered office:** |
|---|---|---|---|
| | | Republic of Korea | 18 Yeocheon-ro 217beon-gil, Nam-gu |
| | | | Number    Street |
| | | | _____ |
| | | | P.O. Box |
| | | | Ulsan                                                  44714 |
| | | | City    State/Province/Region    ZIP/Postal Code |
| | | | Republic of Korea |
| | | | Country |
| | | **Individual debtor's habitual residence:** | **Address of foreign representative(s):** |
| | | _____ | 18 Yeocheon-ro 217beon-gil, Nam-gu |
| | | Number    Street | Number    Street |
| | | _____ | _____ |
| | | P.O. Box | P.O. Box |
| | | _____ | Ulsan                                                  44714 |
| | | City    State/Province/Region    ZIP/Postal Code | City    State/Province/Region    ZIP/Postal Code |
| | | _____ | Republic of Korea |
| | | Country | Country |

| 10. | **Debtor's website** (URL) | http://www.smpolysilicom.com (defunct) |
|---|---|---|

| 11. | **Type of debtor** | *Check one:* |
|---|---|---|
| | | ☑ Non-individual (*check one*): |
| | | ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1. |
| | | ☐ Partnership |
| | | ☐ Other. Specify: _____ |
| | | ☐ Individual |

Official Form 401                Chapter 15 Petition for Recognition of a Foreign Proceeding                page 2

Debtor  SMP Ltd.                                          Case number (if known) 17-___
        Name

| 12. Why is venue proper in *this* district? | Check one: |
|---|---|
| | ☐ Debtor's principal place of business or principal assets in the United States are in this district. |
| | ☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district: _____ |
| | ☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: SMP holds property in SDNY (claims and attorney retainer) |

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

X _[signature]_                                   HEEIN LEE
Signature of foreign representative              Printed name

Executed on  4/29/2017
             MM / DD / YYYY

X _____            _____
Signature of foreign representative              Printed name

Executed on _____
             MM / DD / YYYY

**14. Signature of attorney**

X _[signature]_                         Date  5/1/17
Signature of Attorney for foreign representative    MM / DD / YYYY

Lisa Schweitzer
Printed name

Cleary Gottlieb Steen & Hamilton LLP
Firm name

One Liberty Plaza
Number  Street

New York                               NY      10006
City                                   State   ZIP Code

212-225-2000                           lschweitzer@cgsh.com
Contact phone                          Email address

LS1033                                 NY
Bar number                             State